NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL S. ASHER,**

*Plaintiff-Appellant,*

**v.**

**COLGATE-PALMOLIVE COMPANY,**

*Defendant-Appellee.*

---

2013-1043

---

Appeal from the United States District Court for the District of Colorado in No. 10-CV-1468, Judge Marcia S. Krieger.

---

**JUDGMENT**

---

WILLIAM W. COCHRAN, II, Cochran Freund & Yong, of Fort Collins, Colorado and GORDON M. HADFIELD, Fischer & Fischer, LLP, of Fort Collins, Colorado, argued for plaintiff-appellant. On the brief was ERIK G. FISCHER, Erik G. Fischer, P.C., of Fort Collins, Colorado.

DAVID K. CALLAHAN, Kirkland & Ellis, LLP, of Chicago, Illinois, argued for defendant-appellee. With him on the brief was JARED BARCENAS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, PLAGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 29, 2013 | /s/ Jan Horbaly
Date | Jan Horbaly
| Clerk